# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DWANE POSPISIL, ) ) Plaintiff, ) ) V. ) ) STATE FARM MUTUAL ) AUTOMOBILE INSURANCE ) COMPANY, a corporation, ) ) Defendant. ) | 8:15CV184  FINDINGS AND RECOMMENDATION |

Plaintiff has filed a motion to remand this matter back to the District Court of Lancaster County, Nebraska. (Filing 11.) Plaintiff asserts that he intends to file an amended complaint which will add additional defendants and destroy this Court's diversity jurisdiction. Defendant has advised the Court that it does not oppose Plaintiff's motion.

Accordingly,

**IT IS RECOMMENDED** to Chief United States District Court Judge Laurie Smith Camp that Plaintiff's unopposed motion to remand (filing 11) be granted and that this action be remanded to the District Court of Lancaster County, Nebraska.

**DATED June 5, 2015.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**