# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DWANE POSPISIL,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a corporation,<br><br>　　　　　　　Defendant. | 8:15CV184<br><br>MEMORANDUM AND ORDER |

This matter is before the Court on the Findings and Recommendation of Magistrate Judge F.A. Gossett (Filing No. 13) and Plaintiff's Motion (Filing No. 11) requesting that this Court remand this matter back to the District Court of Lancaster County, Nebraska. Defendant has represented that it does not oppose Plaintiff's Motion. Under 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the record and adopts the Findings and Recommendation in their entirety. Accordingly,

IT IS ORDERED:

1. The Findings and Recommendation of Magistrate Judge F.A. Gossett (Filing No. 13) are adopted in their entirety; and

2. Plaintiff's unopposed Motion to Remand (Filing No. 11) is granted; and

3. This action is remanded to the District Court of Lancaster County, Nebraska.

Dated this 19th day of June, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge